# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID KENT, | ) | NO. SACV 15-866-AB (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA DEPARTMENT OF PROBATION, | ) | |
|     Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 12, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE